IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                             )<br>                        Plaintiff,        )<br>                                                             )<br>v.                                                         )      Case No.  8:05CR230<br>                                                             )<br>RICARDO CORRALES,                      )<br>                                                             )<br>                        Defendant.    ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Deadline for Filing Objections to Magistrate's Report and Recommendation filed in the above captioned matter on October 4, 2005.  The Court, being fully advised in the premises, and noting that the government has no objection to said continuance, finds that the defendant's motion (filing 25) should be granted.

IT IS THEREFORE ORDERED, the defendant shall file any objection to the Report and Recommendation on defendant's motion to suppress no later than Tuesday, October 25, 2005. The time from October 19, 2005, until October 25, 2005, shall be excluded from any speedy trial calculations pursuant to 18 U.S.C. § 3161 (h)(1)(F) (delay resulting from the filing of any pretrial motion). This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by extending the deadline for filing objections to Magistrate Judge Piester's Report and Recommendation.

Dated this 20th day of October, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge