IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>RICARDO CORRALES,  )<br>)<br>Defendant.  ) | Case No.  8:05CR230 |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Deadline for Filing Objections to Magistrate's Report and Recommendation. (Filing 27.)  The Court, being fully advised in the premises, and noting that the government has no objection to said continuance, finds that the defendant's motion should be granted.

IT IS THEREFORE ORDERED that defendant shall file any objection to the Report and Recommendation on defendant's motion to suppress no later than Friday, October 28, 2005.  The time from October 25, 2005, until October 28, 2005, shall be excluded from any speedy trial calculations pursuant to 18 U.S.C. § 3161 (h)(1)(F) (delay resulting from the filing of any pretrial motion). This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by extending the deadline for filing objections to Magistrate Piester's Report and Recommendation.

Dated this 25th day of October, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge